# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2009

Marilyn Kelly,
Chief Justice

137863-4

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 137863-4
COA: 277551; 277552
Washtenaw CC: 06-000987-FH;
06-000988-FH

LARRY DESHAWN LEE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2009

_____
Clerk

s0701